**Opinion issued May 7, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00347-CR

———————————

## IN RE CHARLES BROWN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Charles Brown, has filed a petition for writ of mandamus, seeking to compel the Harris County District Clerk to respond to his requests for information about a motion for DNA testing Brown filed in July, 2014.[1]

We have no jurisdiction to compel the district clerk to act on Brown's motion. *See, e.g., In re Potts*, 357 S.W.3d 766 (Tex. App.—Houston [14th Dist.]

---

[1] The underlying case is *The State of Texas v. Charles Laneil Brown*, No. 1179042 in the 339th District Court of Harris County, Texas.

2011, no pet.) (court of appeals lacks jurisdiction to compel the district clerk to accept a mandamus petition for filing); TEX. GOV'T. CODE ANN. § 22.221 (West 2004) (limiting mandamus jurisdiction to (1) writs against a district court judge or county court judge in the court of appeals' district, and (2) all writs necessary to enforce the court of appeals' jurisdiction). Accordingly, we **dismiss** the petition for writ of mandamus for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).